# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PETER NEWMAN, | : | Case No. 3:17-cv-179 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| UNIVERSITY OF DAYTON, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER DENYING MOTION TO QUASH (DOC. 24)

This case is before the Court on the Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action ("Motion to Quash") (Doc. 24) filed by Non-Party the Office of Bar Admissions of the Supreme Court of Ohio ("Office of Bar Admissions"). On September 26, 2017, Plaintiff Peter Newman filed a Memorandum in Opposition (Doc. 31), in which he stated that he was withdrawing the subpoena at issue and therefore the Motion to Quash should be denied as moot. The next day, the Office of Bar Admissions notified the Court that Plaintiff had in fact withdrawn his subpoena. (Doc. 32.) Based on these representations, the Court hereby **DENIES** the Motion to Quash (Doc. 24) as moot.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 4, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE